UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-22972-CIV  COOKE/BANDSTRA

DISCOS FUENTES EDIMUSICA, S.A, *et al.*,

    *Plaintiffs*,

v.

PEDRO ANTONIO FUENTES, *et al.*,

    *Defendants*.

_____/

**ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS,
PEDRO ANTONIO FUENTES, JORGE FUENTES, AND ALEJANDRO FUENTES**

THIS MATTER is before me on Defendants, Pedro Antonio Fuentes, Jorge Fuentes, and Alejandro Fuentes' motion to dismiss for failure to serve within 120 days [D.E. 64]. For the reasons explained below, Defendants' motion is granted.

**BACKGROUND**

Plaintiffs filed their complaint on October 24, 2008. On August 21, 2009, the above named Defendants filed their motion to dismiss, asserting that Plaintiffs had failed to serve them within 120 days of the filing of the complaint. On August 26, 2009 Plaintiffs served a summons and complaint on Pedro Antonio Fuentes and Alejandro Fuentes. (*See* Returns of Service [D.E. 67 & 68]). Plaintiffs have not filed any response to Defendants motion to dismiss.

**LEGAL STANDARDS**

"If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice . . . or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "If the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

## ANALYSIS

The record is clear that Plaintiffs failed to serve Pedro Antonio Fuentes, Jorge Fuentes, and Alejandro Fuentes within the time period prescribed by the Rules of Civil Procedure. Moreover, Plaintiffs have not asked the Court to extend the time to effectuate service on these Defendants. Accordingly, I find that dismissal, without prejudice, as to these Defendants is appropriate given the law and the facts of this case.

## CONCLUSION

For the reasons explained above, it is **ORDERED and ADJUDGED** that

1. Defendants, Pedro Antonio Fuentes, Jorge Fuentes, and Alejandro Fuentes' motion to dismiss for failure to serve within 120 days [D.E. 64] is **GRANTED**. Plaintiffs complaint against these Defendants, is dismissed without prejudice.

2. Relatedly, Defendants' motion for extension fo time to file a response to the complaint [D.E. 69] is **DENIED** as moot. Since Plaintiffs' complaint is dismissed as to these Defendants, no response to the complaint is required.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 19th day of November 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Ted E. Bandstra*
*Counsel of Record*